RECEIVED AUG 5 2 2016 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP - 6 20

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                        ORDER
        - v. -                  :
                                        S1 16 CR. 212 (LAK)
WILLIAMS RODRIGUEZ,             :

                Defendant.      :
- - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 22, 2016;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         ____9/6/____, 2016

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE