**THOMAS F. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**By ECF**

October 17, 2016

Honorable Lewis A. Kaplan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: U.S. v. Sean McIntosh,
       16 Cr. 212(LAK)

Dear Judge Kaplan:

    I represent Sean McIntosh. I write to request that your Honor direct that the Government produce Mr. McIntosh for the October 19 conference. I failed to advise the Court before October 5th that my client wished to attend the conference. I have no excuse for not contacting the Court in a timely manner.

    Thank you for your consideration of this request.

                        Respectfully yours,
                        /s/
                        Thomas F. X. Dunn

Cc: All Counsel
    (By Ecf)