### STEVEN R. KARTAGENER
ATTORNEY AT LAW

THE WOOLWORTH BUILDING
233 BROADWAY - SUITE 2340
NEW YORK, NEW YORK 10279
———
TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@KARTLAW.COM

December 5, 2016

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    USA v. Laquan Parish, et al
                        S1 16 Cr. 212 (LAK)
                        Defendant - Williams Rodriguez

Dear Judge Kaplan:

      I represent defendant Williams Rodriguez, (hereinafter "defendant") in the above-entitled criminal action. Sentencing is currently scheduled for December 22, 2016. With the consent of AUSA Rachel Maimin, we respectfully request that defendant's present sentencing date be adjourned to a date in January, 2017.

      The reason for this request is due largely to the fact that I have another sentence where there is a voluminous amount of supportive letters from friends, family, and respected members of defendant's community, which I believe must be integrated into that sentencing submission in order to bring so many of this defendant's positive qualities to the attention of the Judge in that case. Because of the press of this case, I have not yet been able to start on this sentence submission which is due to be submitted to your Honor by December 8, 2016.

      It should also be noted that defendant has been in total compliance with his release conditions following his guilty plea and has also been gainfully employed.

      Accordingly, with the consent of the government, I respectfully urge the Court to fix a sentence date for a date mid to late January, 2017. Thank you.

                                            Respectfully submitted,
                                            Steven R. Kartagener

SRK:cf
cc: Rachel Maiming, Assistant United States Attorney (Via Email)