UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

                  - v. -          :

SEAN McINTOSH,                    :

                  Defendant.      :

- - - - - - - - - - - - - - - x

ORDER

S1 16 CR. 212 (LAK)

RECEIVED JAN - 3 2017 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED! JAN - 5 2017

          WHEREAS, with the defendant's consent, his guilty plea
allocution was made before a United States Magistrate Judge on
December 27, 2016;

          WHEREAS, a transcript of the allocution was made and
thereafter was transmitted to the District Court; and

          WHEREAS, upon review of that transcript, this Court
has determined that the defendant entered the guilty plea
knowingly and voluntarily and that there was a factual basis for
the guilty plea;

          IT IS HEREBY ORDERED that the defendant's guilty plea
is accepted.

SO ORDERED:

Dated:    New York, New York
          _____1/4_____, 2017

                              _____
                              THE HONORABLE LEWIS A. KAPLAN
                              UNITED STATES DISTRICT JUDGE