

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2017

**BY ECF AND EMAIL**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States* v. *Laquan Parrish* et al.,
                S1 16 Cr. 212 (LAK)

Dear Judge Kaplan:

      The Government respectfully submits this letter to update the Court about the status of the Group B defendants in this case. Of the 20 defendants initially designated into Group B, 13 have pled guilty. The defendants remaining are: Mark Clarke, Elijah Brown, Joshua Brown, Kayshawn Campbell, Robert Pope, Kevin Mattison, and Kraig Lewis. The Government is discussing a potential pretrial disposition of the case with most of these defendants. The Government expects to have a firmer sense of which defendants will be proceeding to trial by the time of the conference for Group B defendants scheduled for May 2, 2017. Accordingly, the Government proposes to submit a letter by April 25, 2017 advising the Court of which defendants appear likely to proceed to trial and to propose groups of defendants to be tried together, if applicable at that time.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

                        By:    /s/                         
                              Rachel Maimin
                              Hagan Scotten
                              Jessica Feinstein
                              Drew Johnson-Skinner
                              Assistant United States Attorneys
                              (212) 637-2460

cc: All defense counsel (by ECF)