May 24, 2017

The Honorable Lewis A. Kaplan

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Kaplan,

This Letter is respectfully being submitted in reference to the pending case involving Mr. Robert Miles, No. 16 Cr. 212 (LAK) brought before you on 4/12/2016.  I understand fully all that  has transpired to date, and as his wife and companion of 22 years, I  would like to  give a personal  assessment with regards to his character and family citizenship. Robert Miles is a loving husband, father, grandfather and friend. The loss of his presence in our household would create a very deep void within the life of our family.  Robert and I are at present raising our granddaughter who is 9 yrs of age as our own.  Even the short time that he was away from us in April of 2016 was devastating.  Robert has been on house arrest and has otherwise been compliant with the wishes of the court.  He has the total support of the family as it pertains to this case.

We stand in hopes of a favorable outcome.

Respectfully

Donna W. Miles