# Joyce B. David

## Attorney at Law

495 Flatbush Avenue – 2nd Fl.
Brooklyn, New York, 11225
(718) 875-2000
jbd@joycedavid.com

June 13, 2017

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y., 10007
(by ECF)

Re:   USA v. Parrish, 16-CR-212 (LAK), Travis Thompson (Deft. #32)
      Sentencing Memo

Dear Judge Kaplan,

My client, Travis Thompson is scheduled to be sentenced on June 21, 2017. I apologize for this late submission. I had other clients who required more immediate help.

Mr. Thompson had no Objections to the Presentence Report. It is very thorough and provides a lot of information about Mr. Thompson to assist the Court in fashioning an appropriate sentence. I provided the Probation Department with a copy of my Deferred Prosecution application that I submitted on Mr. Thompson's behalf, to the US Attorney. It includes supporting documentation about Mr. Thompson, which I have attached hereto.

One of the main factors I would like to call to the Court's attention is Mr. Thompson's Post Offense Rehabilitation. Mr. Thompson has literally turned his life around. We are respectfully requesting that Your Honor sentence Mr. Thompson in a manner that is sufficient but not greater than necessary to satisfy Federal sentencing goals.

Sincerely,

_____
Joyce B. David, Esq.

Encl.
cc:   AUSA Rachel Maimin (by email and ECF)
      USPO
JBD/em