2 Fly (TFG) - 44 Bulldog Crew
Morris Ave (MAG) - 357 Magnum Army
River Park Towers (RPT) - 45 Rowdy Ruger
Gorgeous Gunnaz (2G²) - Desert Eagle Warriors
Get Money Gunnaz (GMG) - 40 Cal Crazy
Fetti Boy Gunnaz (FBG) - 38 Special Soldiers
Frontline Gunnaz (FLG) - 22 Longrange
Paid In Full Gunnaz (PFG) - 380 Semi-Automatic Shooters


Dirty Money - Crinkley / Moulin Funny
Lobby Boys - Queens
Dipset - Harlem / Manhattan
New Yorke Yankees - Bronx
Junior Mafia - Brooklyn
Little Nicky - Son
Kylla Pratt - Daughter
Sittin Duck - Lost
Light Weight - State Time / Island
Heavy Weight - Feds
Prom Queen - Fiend
Selfish - I Dont Got It
Pass The Ball - I Got It
Serial Number - Set / Gang
Chicken Stop - Messhall / Mainline
Do The Math - Set It Out

Store Open - Lock Out
Store Closed - Lock In
Mr. Rogers - Neighbor
Madison Square Garden - Corner Spot
Go On A Date - Pop Out / Come Out / We Out
Talk To Me - Gettin Money / Chasin The Bag
Who Your Favorite Rapper - Its Lit?
Road Rage - Crash The Whip
Make It Happen - Light It / Light Up
Cuban Cigar - Roll Up
Reach For The Sky - Back Out
Freeze Up / Froze Up - Dub / No
Royal Rumble - Riot
April 1st - Playin / Jokin

TOO FLY
DULA G

As far as 2FLY Me, Maddog and DULA & Cito
Got the situation, we on A new chapter
Who ever told or did some type of backbiting
is a Dubb

Nick KRASS?
C. LIVE
SWAGG
BD
LiL G

2FLY Gzz
BJ GOON

Who ever feel some type of way tell
them I be out this Real soon!!
ALL That fuck boy shit is quiet for niggas
came in the spot and showed no type of loyalty!!