USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-17

RECEIVED
SEP - 7 2017
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :   **NOLLE PROSEQUI**
                                 :
PATRICK LITTLEJOHN,              :   S1 16 Cr. 212 (LAK)
                                 :
                Defendant.       :
- - - - - - - - - - - - - - - - - - x

    1.    The filing of this *nolle prosequi* will dispose of this case with respect to PATRICK LITTLEJOHN, the defendant.

    2.    On April 27, 2016, Indictment S1 16 Cr. 212 was filed, charging PATRICK LITTLEJOHN, the defendant, among others, in four counts with racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d); narcotics trafficking conspiracy, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A); sale of narcotics within 1,000 feet of a playground or school, in violation of Title 21, United States Code, Section 860; and possessing a firearm in furtherance of the racketeering and drug trafficking crimes charged in the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and 2.

    3.    On February 10, 2017, PATRICK LITTLEJOHN, the defendant, and the Government entered into a deferred prosecution agreement. Pursuant to the terms of the agreement, LITTLEJOHN agreed to comply with specific terms set forth

therein for a period of six months. The Government agreed that if LITTLEJOHN complied with such terms, no further prosecution would be instituted against LITTLEJOHN for the offenses described above.

4. On or about August 17, 2017, the Government received a written report from the United States Pretrial Services Office indicating that PATRICK LITTLEJOHN had complied with all of the terms of his deferred prosecution agreement for the stipulated period.

[SPACE INTENTIONALLY LEFT BLANK]

5. In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to PATRICK LITTLEJOHN, the defendant, with respect to Indictment S1 16 Cr. 212 (LAK).

_____
JESSICA K. FEINSTEIN
Assistant United States Attorney
(212) 637-1946

Dated:  New York, New York
        September 7, 2017

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to PATRICK LITTLEJOHN, the defendant, with respect to Indictment S1 16 Cr. 212 (LAK).

_____
JOON H. KIM
Acting United States Attorney
Southern District of New York

Dated:  New York, New York
        September 6, 2017

SO ORDERED:

_____
THE HONORABLE LEWIS A. KAPLAN
United States District Judge
Southern District of New York

Dated:  New York, New York
        September 11, 2017